Form OCH

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| In Re: Gary Keith Thompson | Case No.: 11–45167 EDJ 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

**ORDER FOR DEBTOR(S) TO APPEAR AT**
**CONTINUED MEETING OF CREDITORS**

Parties are hereby notified that the meeting of creditors is continued to:

| **DATE:** June 24, 2011 | **TIME:** 03:00 PM |
|---|---|
| **LOCATION:** Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612 ||

Dated: 6/13/11

By the Court:

Edward D. Jellen
United States Bankruptcy Judge

```
                             United States Bankruptcy Court
                             Northern District of California
In re:                                                          Case No. 11-45167-EDJ
Gary Keith Thompson                                             Chapter 7
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0971-4           User: twashingt        Page 1 of 1         Date Rcvd: Jun 13, 2011
                               Form ID: OCH           Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2011.
 db           +Gary Keith Thompson,    3400 Richmond Parkway #915,    San Pablo, CA 94806-5215
 smg           CA Franchise Tax Board,    Special Procedures Bankruptcy Unit,    P.O. Box 2952,
                Sacramento, CA 95812-2952
 smg          +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
 smg          +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
 cr           +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
 cr           +Wells Fargo Home Mortgage,    c/o Pite Duncan,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                San Diego, CA 92177-7921
11862020       American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
11862021       Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
11862022      +Best Buy,    PO Box 60148,    City of Industry, CA 91716-0148
11862023       Chase,    PO Box 94014,    Palatine, IL 60094-4014
11862024       Chase Auto Finance,    PO Box 78101,    Phoenix, AZ 85062-8101
11862025      +Franchise Tax Board,    Special Procedures,    P.O. Box 2952,    Sacramento, CA 95812-2952
11862027      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
              (address filed with court: Green Tree,    PO Box 94710,    Palatine, IL 60094-4710)
11862030      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Insolvency Section,
               1301 Clay St., #1400S,    Oakland, CA 94612)
11862029      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
11862028      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Service Center,    Fresno, CA 93888)
11862031       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
11862032      +RBS,    PO Box 42010,    Providence, RI 02940-2010
11862033       Sears,    PO Box 688956,    Des Moines, IA 50368-8956
11862034       Wells Fargo,    PO Box 30427,    Los Angeles, CA 90030-0427
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 smg           E-mail/Text: itcdbg@edd.ca.gov Jun 14 2011 01:18:55     CA Employment Development Dept.,
                Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
11862026       E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2011 01:07:16     Ge Money Bank,    PO Box 960061,
                Orlando, FL 32896-0061
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2011**              **Signature:**  *Joseph Speetjens*

Case: 11-45167    Doc# 11    Filed: 06/15/11    Entered: 06/15/11 21:32:50    Page 2 of 2